# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

IN RE: Christopher Damon Callicott

Case No.: 22-60541

Chapter: 7

Debtor(s)

**Requesting a new hearing, and stop to motion**

I, Christopher Callicott, would like to request a new hearing on the grounds that I was not able to attend the previous hearing, scheduled for 02/08/23. Due to new hire circumstances at work, I was not allowed to take time off for this matter. In the future, I do not plan to miss any further court hearings. Thus, I would be extremely grateful for another opportunity to a new hearing.

Additionally, I am requesting a stop to the relief from the automatic stay due to this bankruptcy case not being completed and further hearings being requested with additional court orders. The debtor, SN Georgia, II, LLC, Dba Sparrow, has reached out via email/phone requesting money and trying to evict.

Dated: 2/21/23

Signature: Christopher Callicott

Printed Name: Christopher Callicott

Address: 2659 Woodward Down trail, Buford GA 30519

Phone: 561-723-7415

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

IN RE: Christopher Damon Callicott  )   Case No: 22-60541
    _____   )   Chapter  7
                           )
                           )
       Debtor(s)           )

SN Georgia, II, LLC,
DBA Sparrow

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 year of age, and that on the Feb 21 day of ~~21~~ February, 2023, I served a copy of

Request for a new hearing and Stop to Motion

which was filed in this bankruptcy matter on the 21 day of February, 2023

Mode of service (check one):    ◯ MAILED        ☑ HAND DELIVERED

Name and Address of each party served (If necessary, you may attach a list.):

SN Georgia, II, LLC, DBA Sparrow

Jason L. Pettie, trustee
Taylor English Duma Suite 200
1600 Parkwood Circle SE Atlanta, GA, 30339

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: ~~2/21/23~~ 2/21/23    Signature: Christopher Callicott

Printed Name: Christopher Callicott

Address: 2654 Woodward Down Trail
Buford GA 30519

Phone: ~~516~~-723-7415
561

(Generic Certificate of Service – Revised 4/13)