

**IT IS ORDERED as set forth below:**

**Date: February 22, 2023**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE | : | CHAPTER 7 |
| | : | |
| **CHRISTOPHER DAMON CALLICOTT**, | : | CASE NO. **22-60541**-BEM |
| | : | |
| Debtor. | : | |
| ̶ ̶ ̶ ̶ ̶ ̶ ̶ ̶ ̶ ̶ ̶ | : | ̶ ̶ ̶ ̶ ̶ ̶ ̶ ̶ ̶ ̶ ̶ |
| AMERICREDIT FINANCIAL SERVICES, INC. DBA GM FINANCIAL, | : | |
| | : | |
| Movant, | : | |
| | : | CONTESTED MATTER |
| v. | : | |
| | : | |
| CHRISTOPHER DAMON CALLICOTT, Debtor; and JASON L PETTIE, Trustee, | : | |
| | : | |
| Respondents. | : | |

**ORDER**

This matter came on for hearing February 22, 2023, on the *Motion for Relief from*

*Automatic Stay* (the "Motion") filed January 31, 2023, by AmeriCredit Financial Services, Inc. dba GM Financial (the "Movant")(Doc. No. 22). Movant claims a security interest in Debtor's vehicle: 2019 SUBARU WRX (the "Collateral"). Movant, by counsel, filed a Certificate of Service and contends proper service of the Motion. Debtor, pro se, appeared to oppose the Motion. After hearing arguments of counsel for Movant and Debtor, pro se, the Court finds cause for the relief requested. The Chapter 7 Trustee does not oppose the Motion; accordingly, it is hereby

ORDERED that the automatic stay imposed under 11 U.S.C. Section 362 is modified to the extent necessary to allow Movant to recover and dispose of the Collateral in a commercially reasonable manner, to pay the expenses of disposition and the lawful claim of Movant, and to remit to Trustee any remaining sale proceeds; alternatively, if the disposition results in a deficiency, Movant may amend its claim filed in this case, subject to objection.

[END OF DOCUMENT]

PREPARED and PRESENTED BY:
The Law Office of
LEFKOFF, RUBIN, GLEASON &
RUSSO & WILLIAMS, P.C.
Attorneys for Movant

By: _____/s/_____
   Craig B. Lefkoff
   Ga. State Bar No. 445045
5555 Glenridge Connector
Suite 900
Atlanta, Georgia 30342
(404) 869-6900
clefkoff@lrglaw.com

NO OPPOSITION:
Chapter 7 Trustee

By:_____/S/_____
   Jason L Pettie
   Ga. State Bar No. 574783
1600 Parkwood Circle
Suite 200
Atlanta, Georgia 30339
(678) 336-7226
jpettie@taylorenglish.com

## DISTRIBUTION LIST

Craig B. Lefkoff, Esq.
Lefkoff, Rubin, Gleason, Russo & Williams, P.C.
5555 Glenridge Connector
Suite 900
Atlanta, Georgia  30342

Christopher Damon Callicott
2659 Woodward Down Trail
Buford, GA 30519

Jason L Pettie
Chapter 7 Trustee
Taylor English Duma LLP
1600 Parkwood Circle
Suite 200
Atlanta, GA 30339